# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2023-3004
Lower Tribunal No. 2022CA-000272-0000-00

———————————————

ASHLEY HENDRICKSON, as Personal Representative of the ESTATE OF ALLEN W. HENDRICKSON,

Appellant,

v.

PREFERRED MATERIALS, INC.,

Appellee.

———————————————

Appeal from the Circuit Court for Polk County.
James A. Yancey, Judge.

August 6, 2024

PER CURIAM.

AFFIRMED.

STARGEL and WHITE, JJ., and LAMBERT, B.D., Associate Judge, concur.


William D. Mueller and Elliot B. Kula, of Kula & Associates, P.A., Miami, and Thomas Scolaro, of Scolaro Law, P.A., Miami, for Appellant.

Duane A. Daiker, Peter P. Murnagahn, and Jill K. Schmidt, of Shumaker, Loop & Kendrick, LLP, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED